**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HOME CARE PRODUCTS, LLC AND C & D FLOOR CARE, LLC D/B/A/ TIDYVAC.,<br><br>*Plaintiffs*,<br><br>– against –<br><br>T & T ENTERPRISES, LLC D/B/A OUR PAMPERED HOME, JOHN/JANE DOES 1-10 AND XYZ COMPANIES,<br><br>*Defendant*s. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>**Civ. Action No.: 1:15-cv-06921-PKC**<br><br>**ECF Case** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs Home Care Products, LLC and C & D Floor Care, LLC d/b/a Tidyvac, through their counsel, hereby give notice that the above captioned action is voluntarily dismissed, with prejudice against the defendants T & T Enterprises, LLC d/b/a Our Pampered Home, John/Jane Does 1-10 and XYZ Companies.

Dated: September 28, 2016

/s/Tim Bukher
Tim Bukher, Esq.
Thompson Bukher LLP
75 Broad Street, Suite 2120
New York, NY 10004
tbukher@thomplegal.com
(212) 920-6050

*Attorneys for Plaintiffs*